**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRINIA M. ROJAS DE CASTRO,

                Plaintiff,                        19 **CIVIL** 11200 (VEC)

        -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated December 10, 2020, with no clear error in any of Judge Cave's analysis or conclusions, the court adopts the R&R in full; Plaintiff's motion for judgment on the pleadings is denied; Defendant's motion for judgment on the pleadings is granted; Because the R&R gave the parties adequate warning, see R&R at 25-26, Petitioner's failure to file any objections to the R&R precludes appellate review of this decision; because appellate review is precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, this case is closed.

**Dated:** New York, New York
          December 11, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                                        **BY:**
                                                          **Deputy Clerk**